REQUEST FOR COURT ACTION / DIRECTION

| | | |
|---|---|---|
| TO: | Honorable Laura Taylor Swain<br>U.S. District Judge | OFFENSE: 18 USC 1962(c) Racketeering Count (1). 18 USC 1962(d) Racketeering Conspiracy, Count (2). 21 USC 846 Narcotics Conspiracy, Count (3). 18 USC 1960 Conducting an Unlicensed Money Transmitting Business, Count (4). 18 USC 1956(h) Money Laundering Conspiracy, Count (5). 18 USC 924©(1)(A)(iii) Use of Firearm in Connection with a Crime of Violence, Count (6). |
| FROM: | Enid Febus<br>Supervisory U.S. Probation Officer | ORIGINAL SENTENCE: Time Served as to each of Counts One (1) through Six (6), to Run Concurrently, Bureau of Prisons; 36 Months Supervised Release, to each Counts One (1) through Six (6), to Run Concurrently. |
| | | SPECIAL CONDITIONS: Releasee must submit releasee's person, residence, place of business, vehicle, and any property, computers, electronic communications, data storage devices and/or other media under releasee's control to a search on the basis that the Probation Officer has a reasonable suspicion that contraband or evidence of a violation of the conditions of the supervised release may be found. The search must be conducted at a reasonable time and in a reasonable manner. Failure to submit ato a search may be grounds for revocation. Releasee must inform any other residents that the premises may be subject to search pursuant to this condition. Releasee is to report to the nearest Probation Office within 72 hours of Release from custody. Releasee is to be supervised by the district of residence. |
| RE: | Isidro Esmelin Herrera<br>Docket # 10 CR 00905(LTS) | AUSA: Andrew C. Adams<br>DEFENSE COUNSEL: Bradley L. Henry<br>MED: 07/26/2020 |



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED 6-19-2018

DATE OF SENTENCE: July 27, 2017

DATE: June 15, 2018

ATTACHMENTS:  ☒ PSI      ☒ JUDGMENT      ☐ PREVIOUS REPORTS

REQUEST FOR:    COURT DIRECTION

---

## PERMISSION FOR INTERNATIONAL TRAVEL

The purpose of this petition is submitted to Your Honor to respectfully request that the above-named be granted permission to travel to Belize from July 28, 2018 through August 15, 2018.

Isidro Esmelin Herrera                                  3                              59840 – EF.cr
Docket Number: 10 CR 00905(LTS)

## SUPERVISION ADJUSTMENT

Reference is made to the above named releasee, who was sentenced by Your Honor as indicated above. Mr. Herrara commenced his supervised release term in the Eastern District of New York (EDNY) based on his residence in that district.

On May 31, 2018, our office received correspondence from U.S. Probation Officer (USPO) Vincent Danielo, requesting that we approach the Court to request that the releasee be granted permission to travel to Belize with his girlfriend.

Mr. Herrera has had a positive adjustment to supervision thus far. He has paid the special assessment of $600.00 in full on 12/08/2017. He has maintained a stable residence at 62 Patchen Avenue, Apt.1L, Brooklyn, NY 11211, and has been gainfully employed at Agility Cable located in Manhattan, NY. The releasee has been drug free throughout his term of supervision.

Due to his positive adjustment to supervision, the releasee was transferred to EDNY's Low Intensity Unit on April 3, 2018.

## RECOMMENDATION

Based on Mr. Isidro Esmelin Herrera compliance with the terms and conditions of supervision, we respectfully recommend that the releasee be granted permission to travel internationally to Belize and **all future international travel requests be at the discretion of the Probation Office**.

The Southern District of New York takes no position on this matter.

We stand ready to execute the orders of the Court and have attached a response page in order to facilitate Your Honor's reply.

                                                    Respectfully submitted,
                                                    Michael Fitzpatrick
                                                    Chief U.S. Probation Officer

                                                by _____
                                                    (Enid Febus)
                                                    Supervisory U.S. Probation Officer

Date: June 15, 2018

Isidro Esmelin Herrera            4            59840 – EF.cr
Docket Number: 10 CR 00905(LTS)



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
### PROBATION OFFICE

*JUDICIAL RESPONSE*

**THE COURT ORDERS:**

☒ Permission to travel to Belize and all future international travel is at the discretion of the U.S. Probation Department. **Approved.**

☐ Permission to travel to Belize and the Court requires notification for all future international travel. **Approved.**

☐ Permission to travel to Belize. **Denied**

☐ Other:

_____
Honorable Laura Taylor Swain

6/18/18
_____
Date